UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARON K. SEAL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:13-cv-01182-SEB-TAB |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date: 06/25/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David W. Stewart
STEWART & STEWART
dave@getstewart.com

Jeremy S. Baber
STEWART & STEWART
jeremy@getstewart.com

Jonathan A. Bont
UNITED STATES ATTORNEY'S OFFICE
jonathan.bont@usdoj.gov